IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00606-ZLW-CBS

SHELLI ANDREWS and
JENNIFER ANDREWS-EBERT,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

    Defendant.

---

ORDER OF DISMISSAL

---

The matter before the Court is a Stipulation For Dismissal With Prejudice signed by the attorneys for the parties hereto. In consideration thereof, it is

ORDERED that the Stipulation For Dismissal With Prejudice (Doc. No. 11) is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice.

DATED at Denver, Colorado, this __20__ day of December, 2007.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court